# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Henderson,

    Petitioner,                               JUDGMENT IN A CIVIL CASE

vs.                                                   3:09cv87

United States of America,

    Respondent.

DECISION BY COURT.  This action having come before the Court by Motion to Vacate and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/16/2009 Order.

                                                        Signed: March 16, 2009

Frank G. Johns, Clerk
United States District Court